IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOGITECH INTERNATIONAL S.A., LOGITECH, INC., NETGEAR INC., D-LINK CORPORATION, and D-LINK SYSTEMS, INC. <br><br> Defendants. | FILED: JUNE 30, 2008 <br> 08CV3729 <br> JUDGE ST. EVE <br> MAG. JUDGE BROWN <br> J. N. <br><br> CASE NO.: <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, EZ4Media, Inc. complains of Defendants Logitech International S.A., Logitech, Inc., NETGEAR Inc., D-Link Corporation, and D-Link Systems, Inc. as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This is a claim for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 271. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

2. EZ4Media Inc., ("EZ4Media") is corporation with its principal place of business at 2275 Half Day Road, Suite 350, Bannockburn, Illinois. EZ4Media is in the business of designing, manufacturing, and selling devices for digital media, including those covered under the patents in this lawsuit.

3. EZ4Media owns and has all rights, title and interest in U.S. Patent No. 7,142,934 which issued on November 28, 2006 (the "'934 Patent"); U.S. Patent No. 7,142,935 which issued on November 28, 2006 (the "'935 Patent"); U.S. Patent No. 7,167,765 which issued on January 23, 2007 (the "'765 Patent"); U.S. Patent No. 7,130,616 which issued on October 31, 2006 ("'the

'616 Patent"); and U.S. Patent No. 7,107,605 which issued on September 12, 2006 (the "'605 Patent").

4. EZ4Media has standing to sue for infringement of the '934, '935, '765, '616, and '605 Patents.

5. EZ4Media has fully complied with the marking requirements of 35 U.S.C. § 287, including, without limitation, by placing the relevant patent numbers on its EZfetch digital media receiver.

7. Logitech International S.A. is a Switzerland Corporation with its principal place of business located at CH-1122 Romanel-Sur, Morgues Vaud, Switzerland, and Logitech, Inc., a subsidiary of Logitech International S.A., is located at 6505 Kaiser Dr., Fremont, CA 94555-3614 (hereinafter collectively referred to as "Logitech") Logitech sells electronic products throughout the United States, including within this judicial district, and has advertised, sold and offered to sell products within this judicial district that are covered by the claims of the '934, '935, '765 and '616 Patents.

8. NETGEAR Inc. ("NETGEAR") is an international corporation with its principal place of business located at 4500 Great America Parkway, Santa Clara, California 95054. NETGEAR sells electronic products throughout the United States, including within judicial district, and has advertised, sold and offered to sell products within this judicial district that are covered by the claims of the '934, '935, '765, and '616 Patents.

9. D-Link Corporation is a Taiwanese Corporation with its principal place of business located at 4F, No. 289, Sinhu 3rd Road, Neihu District, Taipei, Taiwan, and D-Link Systems, Inc., a subsidiary of D-Link Corporation, is located at 17595 Mt. Herrmann, Fountain Valley, California 92708 (hereinafter collectively referred to as "D-Link"). D-Link sells

electronic products throughout the United States, including within this judicial district, and has advertised, sold and offered to sell products within this judicial district that are covered by the claims of the '934, '935, '765, '616, and '605 Patents.

10. Venue is proper in this district under 28 U.S.C. § 1400(b).

## PATENT INFRINGEMENT

11. The '934, '935 and '765 Patents relate to a device, system and a method for streaming digital media, for example movies, music or pictures, from a server to a playback device, such as a television or a stereo.

12. The '616 Patent relates to a method for automatically transferring audiovisual content from the Internet to a computer and causing a television, in wireless communication with the computer, to play the audiovisual content for viewing.

13. The '605 Patent relates to a method and system for streaming pictures from a server to a picture frame over a wireless network.

14. D-Link has infringed the claims of the '934, '935, '765, '616 and '605 Patents at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to the infringement by others relating to at least the following D-Link's products: DSM-120, DSM-210, DSM-320, DSM-330, DSM-510, DSM-520, DSM-750, DSM-320RD, DPG-1200, and DPG-2100 digital media receivers.

15. D-Link's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

16. The infringement by D-Link has injured, and will continue to injure, Plaintiff unless and until such infringement is enjoined by the Court.

17. NETGEAR has infringed the claims of the '934, '935, '765 and '616 Patents at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to the infringement by others relating to its EVA700 and EVA8000 digital media receivers.

18. NETGEAR's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

19. The infringement by NETGEAR has injured, and will continue to injure, Plaintiff unless and until such infringement is enjoined by the Court.

20. Logitech has infringed the claims of the '934, '935, '765, and '616 Patents at least by making, using, importing, selling or offering to sell, and by inducing, aiding and abetting, encouraging or contributing to the infringement by others of at least its Squeezebox, Squeezebox Duet, Squeezebox Receiver, and Transporter Music Player.

21. Logitech's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

22. The infringement by Logitech has injured, and will continue to injure, Plaintiff unless and until such infringement is enjoined by the Court.

WHEREFORE, Plaintiff, EZ4Media, respectfully requests judgment against D-Link, NETGEAR, and Logitech and their parent corporations, subsidiaries and affiliates as follows:

A. A judgment that each Defendant infringes the '934, '935, '765, and '616 Patents;

B. A judgment that D-Link additionally infringes the '605 Patent;

C. An award of damages adequate to compensate Plaintiff for the infringement, together with prejudgment interest:

D. Any other damages permitted under 35 U.S.C. §§ 284 and 285;

E. An injunction permanently prohibiting each Defendant and all persons in active concert or participation with them, from further acts of infringement of the '934, '935, '765 and '616 Patents;

F. An injunction permanently prohibiting D-Link, and all persons in active concert or participating with D-Link, from further acts of infringement of the '605 Patent; and

G. Such other further relief as this Court or a jury may deem proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

June 30, 2008

Respectfully submitted,

*/s/David J. Sheikh*
Raymond P. Niro (rniro@nshn.com)
Christopher J. Lee (clee@nshn.com)
David J. Sheikh (sheikh@nshn.com)
Richard B. Megley, Jr. (megleyjr@nshn.com)
Lee F. Grossman (lgrossman@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

***Attorneys for Plaintiff***