**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EZ4Media, Inc.<br>v.<br>LOGITECH INTERNATIONAL S.A., LOGITECH, INC., NETGEAR INC., D-LINK CORPORATION, and D-LINK SYSTEMS, INC. | FILED: JUNE 30, 2008<br>08CV3729<br>JUDGE ST. EVE<br>MAG. JUDGE BROWN<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - EZ4Media, Inc.

| NAME (Type or print) |
|---|
| Christopher J. Lee |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher J. Lee |
| FIRM |
| NIRO, SCAVONE, HALLER & NIRO |
| STREET ADDRESS |
| 181 W. Madison Street, Suite 4600 |
| CITY/STATE/ZIP |
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216420 | 312-236-0733 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐