# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EZ4Media, Inc.<br>v.<br>LOGITECH INTERNATIONAL S.A., LOGITECH, INC., NETGEAR INC., D-LINK CORPORATION, and D-LINK SYSTEMS, INC. | Case Number:<br>FILED: JUNE 30, 2008<br>08CV3729<br>JUDGE ST. EVE<br>MAG. JUDGE BROWN<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - EZ4Media, Inc.

| |
|---|
| NAME (Type or print)<br>Richard B. Megley, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard B. Megley, Jr. |
| FIRM<br>NIRO, SCAVONE, HALLER & NIRO |
| STREET ADDRESS<br>181 W. Madison Street, Suite 4600 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229839 | TELEPHONE NUMBER<br>312-236-0733 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |