IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., <br><br>             Plaintiff, <br><br> v. <br><br> LOGITECH INTERNATIONAL S.A., LOGITECH, INC.,  NETGEAR INC., D-LINK CORPORATION, and D-LINK SYSTEMS, INC. <br><br>             Defendants. | FILED: JUNE 30, 2008 <br> 08CV3729 <br> JUDGE ST. EVE <br> MAG. JUDGE BROWN <br> J. N. <br><br> CASE NO.: <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S LOCAL RULE 3.2**
**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

   Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Plaintiff EZ4Meida, Inc. through their attorneys, declares that EZ4Media, Inc. has no publicly held affiliates.

                                     Respectfully submitted,


                                     /s/David J. Sheikh
                                     Raymond P. Niro (rniro@nshn.com)
                                     Christopher J. Lee (clee@nshn.com)
                                     David J. Sheikh (sheikh@nshn.com)
                                     Richard B. Megley, Jr. (megleyjr@nshn.com)
                                     Lee F. Grossman (lgrossman@nshn.com)
                                     NIRO, SCAVONE, HALLER & NIRO
                                     181 West Madison Street, Suite 4600
                                     Chicago, Illinois 60602
                                     (312) 236-0733

                                     ***Attorneys for Plaintiff***