IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>LOGITECH INTERNATIONAL S.A.,<br>LOGITECH, INC.,  NETGEAR INC.,<br>D-LINK CORPORATION, and<br>D-LINK SYSTEMS, INC.<br><br>                Defendants. | FILED: JUNE 30, 2008<br>08CV3729<br>JUDGE ST. EVE<br>MAG. JUDGE BROWN<br>CASE NO.: J. N.<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290.

1. <u>Name and address of plaintiff</u>:

    EZ4Media, Inc.
    2275 Half Day Road, Suite 350
    Bannockburn, Illinois 60015

2. <u>Names and addresses of defendants</u>:

    Logitech International S.A.
    CH-1122 Romanel-Sur
    Morgues Vaud, Switzerland

    Logitech, Inc.
    6505 Kaiser Drive
    Freemont, CA 94555-3614

    NETGEAR Inc.
    4500 Great America Parkway
    Santa Clara, CA 95054

    D-Link Corporation
    4F, No. 289, Sinhu 3rd Road
    Neihu District, Taipei, Taiwan

D-Link Systems, Inc.
17595 Mt. Herrmann
Fountain Valley, CA 92708

3. Name of Inventors:

Craig M. Janik

4. United States Patent Numbers Involved:

U.S. Patent No. 7,142,934
U.S. Patent No. 7,142,935
U.S. Patent No. 7,167,765
U.S. Patent No. 7,130,616
U.S. Patent No. 7,107,605

Respectfully submitted,

/s/David J. Sheikh
Raymond P. Niro (rniro@nshn.com)
Christopher J. Lee (clee@nshn.com)
David J. Sheikh (sheikh@nshn.com)
Richard B. Megley, Jr. (megleyjr@nshn.com)
Lee F. Grossman (lgrossman@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*Attorneys for Plaintiff*