IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08-CV-3729 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Magistrate Judge Brown |
| LOGITECH INTERNATIONAL S.A., ) | |
| LOGITECH, INC., NETGEAR INC., ) | JURY TRIAL DEMANDED |
| D-LINK CORPORATION, and ) | |
| D-LINK SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME
FOR LOGITECH TO ANSWER OR OTHERWISE PLEAD**

Defendants Logitech International S.A. and Logitech, Inc. (collectively, "Logitech") hereby move this Court for an order enlarging the time for an additional thirty (30) days, to and including August 20, 2008, for Logitech to answer or otherwise plead in response to the Complaint. David Sheikh, counsel for plaintiff, has agreed to this motion in a telephone conversation on July 21, 2008.

A proposed Order granting this motion is being submitted to the Court on July 21, 2008 at Proposed_Order_St_Eve@ilnd.uscourts.gov.

WHEREFORE, Logitech respectfully requests that the Court grant this agreed motion.

- 2 -

                                      Respectfully submitted,

                                      LOGITECH INTERNATIONAL S.A. and
                                      LOGITECH, INC.

Dated:  July 21, 2008                        By:    /s/  Margaret M. Duncan
                                                                      One of Their Attorneys

Margaret M. Duncan
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
312.372.2000

Terrence P. McMahon
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, California 94304
650.813.5000

Attorneys for Logitech International S.A. and
Logitech, Inc.

**CERTIFICATE OF SERVICE**

I, Margaret M. Duncan, do hereby certify that on this 21st day of July, 2008, I served a copy of AGREED MOTION FOR ENLARGEMENT OF TIME FOR LOGITECH TO ANSWER OR OTHERWISE PLEAD via ECF notice upon:

> Raymond P. Niro
> Christopher J. Lee
> David J. Sheikh
> Richard B. Megley, Jr.
> Lee F. Grossman
> Niro, Scavone, Haller & Niro
> 181 West Madison Street, Suite 4600
> Chicago, Illinois 60602

/s/ Margaret M. Duncan
Margaret M. Duncan

CHI99 5006517-1.T01705.0011