IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08-CV-3729 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Magistrate Judge Brown |
| LOGITECH INTERNATIONAL S.A., ) | |
| LOGITECH, INC., NETGEAR INC., ) | JURY TRIAL DEMANDED |
| D-LINK CORPORATION, and ) | |
| D-LINK SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF MOTION**

TO:  Raymond P. Niro
 Christopher J. Lee
 David J. Sheikh
 Richard B. Megley, Jr.
 Lee F. Grossman
 Niro, Scavone, Haller & Niro
 181 West Madison Street, Suite 4600
 Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 24, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before The Honorable Judge Amy J. St. Eve in Courtroom 1241, 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying Agreed Motion for Enlargement of Time for Logitech to Answer or Otherwise Plead, a copy of which is hereby served upon you.

- 2 -

                    Respectfully submitted,

                    LOGITECH INTERNATIONAL S.A. and
                    LOGITECH, INC.

Dated: July 21, 2008                    By:   /s/ Margaret M. Duncan
                                                            One of Their Attorneys

Margaret M. Duncan
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
312.372.2000

Terrence P. McMahon
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, California 94304
650.813.5000

Attorneys for Logitech International S.A. and
Logitech, Inc.

## CERTIFICATE OF SERVICE

I, Margaret M. Duncan, do hereby certify that on this 21st day of July, 2008, I served a copy of NOTICE OF MOTION and AGREED MOTION FOR ENLARGEMENT OF TIME FOR LOGITECH TO ANSWER OR OTHERWISE PLEAD via ECF notice upon:

> Raymond P. Niro
> Christopher J. Lee
> David J. Sheikh
> Richard B. Megley, Jr.
> Lee F. Grossman
> Niro, Scavone, Haller & Niro
> 181 West Madison Street, Suite 4600
> Chicago, Illinois 60602

/s/ Margaret M. Duncan
Margaret M. Duncan

CHI99 5006605-1.T01705.0011

- 3 -