# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

EZ4Media, Inc.

Plaintiff,

v.

Case No.: 1:08−cv−03729

Honorable Amy J. St. Eve

Logitech International S.A., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

 MINUTE entry before the Honorable Amy J. St. Eve: Defendant Logitech's agreed motion for enlargement of time [14] is granted. Logitech to answer or otherwise plead on or before 8/20/08. Status hearing set for 8/21/08 is stricken and reset to 8/27/08 at 8:30 a.m. Joint status report to be filed by 8/22/08. No appearance is required on the 7/24/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.