## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08-CV-3729

EZ4MEDIA, INC.
v.
NETGEAR, INC., D-LINK SYSTEMS, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NETGEAR, Inc.

| | |
|---|---|
| **NAME** (Type or print) <br> James T. Hultquist | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ James T. Hultquist | |
| **FIRM** <br> Reed Smith LLP | |
| **STREET ADDRESS** <br> 10 South Wacker Drive, 40th Floor | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 06204320 | **TELEPHONE NUMBER** <br> (312) 207-6494 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |