IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZ4MEDIA, INC., ) | | |
|     Plaintiff, ) | Case No. 08-CV-3729 | |
| v. ) | | |
| ) | | |
| LOGITECH INTERNATIONAL S.A., ) | | |
| LOGITECH, INC., NETGEAR INC., ) | | |
| D-LINK CORPORATION, and ) | | |
| D-LINK SYSTEMS, INC., ) | | |
|     Defendants. ) | | |

**AGREED MOTION FOR ENLARGEMENT OF TIME
FOR NETGEAR, INC. TO ANSWER OR OTHERWISE PLEAD**

Defendant NETGEAR, Inc. hereby moves this Court for an order enlarging the time for an additional thirty (30) days, to and including August 22, 2008, for NETGEAR, Inc. to answer or otherwise plead in response to the Complaint. David Sheikh, counsel for plaintiff, has agreed to this motion.

A proposed Order granting this motion is being submitted to the Court on July 23, 2008 at Proposed_Order_St_Eve@ilnd.uscourts.gov.

Wherefore, NETGEAR, Inc. respectfully requests that the Court grant this agreed motion.

Dated: July 24, 2008                                  Respectfully submitted,

                                                                        NETGEAR, INC.

                                                                        By:   /s/ James T. Hultquist

James T. Hultquist
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-6494 (tel)/(312) 207-6400 (fax)