IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZ4MEDIA, INC., | ) | |
| Plaintiff, | ) | Case No. 08-CV-3729 |
| v. | ) | |
| | ) | |
| LOGITECH INTERNATIONAL S.A., | ) | |
| LOGITECH, INC., NETGEAR INC., | ) | |
| D-LINK CORPORATION, and | ) | |
| D-LINK SYSTEMS, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:  Raymond P. Niro                                Margaret M. Duncan
      Christopher J. Lee                              McDermott, Will & Emery LLP
      David J. Sheikh                                  227 West Monroe Street #4400
      Richard B. Megley, Jr.                       Chicago, Illinois 60606-5096
      Lee F. Grossman
      Niro, Scavone, Haller & Niro
      181 West Madison Street, Suite 4600
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 30, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Amy J. St. Eve in Courtroom 1241 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the accompanying Agreed Motion for Enlargement of Time for NETGEAR, Inc. to Answer or Otherwise Plead, a copy of which is hereby served upon you.

Dated: July 24, 2008                         Respectfully submitted,

                                                    NETGEAR, INC.

                                                    By:  /s/ James T. Hultquist

James T. Hultquist
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-6494 (tel)/(312) 207-6400 (fax)

- 2 -

## CERTIFICATE OF SERVICE

      I, James T. Hultquist, an attorney, hereby certifies that a copy of the foregoing Agreed Motion for Enlargement of Time for NETGEAR, Inc. to Answer or Otherwise Plead was served via electronic mail sent from the court's ECF filing system on July 24, 2008 upon the following counsel:

Raymond P. Niro
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Lee F. Grossman
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

Margaret M. Duncan
McDermott, Will & Emery LLP
227 West Monroe Street #4400
Chicago, Illinois 60606-5096

                                              By:  /s/ James T. Hultquist

CHILIB-2193620.1-JTHultqu