IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC.<br><br>   Plaintiff,<br><br>v.<br><br>LOGITECH INTERNATIONAL S.A., LOGITECH, INC., NETGEAR, INC., D-LINK CORPORATION, and D-LINK SYSTEMS, INC.,<br><br>   Defendants. | CASE NO. 08 cv 3729<br>Honorable Amy J. St. Eve<br>United States District Judge<br><br>Jury Trial Demanded |

## DEFENDANT D-LINK SYSTEMS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, D-Link Systems, Inc hereby identifies D-Link Corporation as its corporate parent and states that such company, which is publicly held

///

///

1

in Taiwan, owns more than 10% of the stock of D-Link Systems, Inc.

Dated:  July 28, 2008                                    Respectfully submitted,

                                                         By:   /s/ James T. Hultquist
                                                             James T. Hultquist (SBN 6204320)
                                                             *jhultquist@reedsmith.com*
                                                             REED SMITH LLP
                                                             10 South Wacker Drive
                                                             Chicago, IL  60606-7507
                                                             Telephone:   +1 312 207 1000
                                                             Facsimile:   +1 312 207 6400


                                                             *Counsel for D-Link Systems, Inc.*