IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EZ4MEDIA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>LOGITECH INTERNATIONAL S.A.,<br>LOGITECH, INC., NETGEAR INC.,<br>D-LINK CORPORATION, and<br>D-LINK SYSTEMS, INC.<br><br>        Defendants. | CASE NO.: 08CV3729<br><br>Honorable Judge St. Eve<br>Magistrate Judge Brown<br><br>JURY TRIAL DEMANDED |

### EZ4 MEDIA, INC.'S REPLY TO THE
### COUNTERCLAIMS OF D-LINK SYSTEMS, INC.

Plaintiff, EZ4Media, Inc. ("EZ4Media") responds to the Counterclaims of Defendant, D-Link Systems, Inc. ("D-Link Systems") as follows:

**PARTIES**

    1.    D-Link Systems is a California corporation with its principal place of business in California.

**RESPONSE:**

Plaintiff admits that D-Link Systems' principal place of business is in California. Plaintiff lacks knowledge or information sufficient to form a belief regarding the remaining allegations, and thus denies the same.

    2.    D-Link Systems is informed and believes and thereon alleges that EZ4Media is a corporation with its principal place of business located at 2275 Half Day Road, Suite 350 Bannockburn, Illinois.

**RESPONSE:**

Admitted.

## JURISDICTION

3.      D-Link Systems' counterclaims arise under the patent laws of the United States Title 35 of the United States Patent Code, and the declaratory judgment provisions of Sections 2201 and 2202 of Title 28 of the United States Code. The Court's jurisdiction over the subject matter of these Counterclaims is based on 28 U.S.C. Sections 1331, 1367(a), 1338(a), 2201 and 2202.

**RESPONSE:**

EZ4Media admits that an actual controversy exists and this Court has subject matter jurisdiction with respect to infringement, but EZ4Media denies the remaining allegations of paragraph 3.

## VENUE

4.      Venue in this district is proper under the provisions of 28 U.S.C. Sections 1391(b) and 1400(b).

**RESPONSE:**

Admitted.

## FIRST CLAIM FOR RELIEF
### (Declaratory Judgment of Non-Infringement of the Patents-In-Suit)

5.      D-Link Systems repeats and realleges each and every allegation in the foregoing Paragraphs as though fully set forth herein.

**RESPONSE:**

Plaintiff incorporates by reference its answers to each and every preceding paragraph as though fully set forth herein.

6.      EZ4Media has alleged that it is the owner of United States Patent Nos. 7,142,934 the '934 patent"), 7,142,935 ("the '935 patent'), 7,167,765 ("the '765 patent"), 7,130,616 ("the '616 patent"), and 7,107,605 ("the '605 patent") (the '934, '935, '765, '616 and '605 patents are referred to herein collectively as the "patents-in-suit") and that D-Link Systems has infringed and is infringing one or more claims of the patents-in-suit.

**RESPONSE:**

Admitted.

7. D-Link Systems has not infringed and is not now infringing, either directly, contributorily, or through inducement, any asserted claims of the patents-in-suit.

**RESPONSE:**

Denied.

8. As a result of EZ4Media's actions and statements, including the filing of this action, an actual controversy now exists between the parties regarding the alleged infringement by D-Link Systems of any asserted claims of the patents-in-suit.

**RESPONSE:**

Admitted.

9. D-Link Systems is entitled to a declaration that it has not infringed and does not infringe any asserted claims of the patents-in-suit asserted by EZ4Media in this action.

**RESPONSE:**

Denied.

### SECOND CLAIM FOR RELIEF
### (Declaratory Judgment of Invalidity of the Patents-In-Suit)

10. D-Link Systems repeats and realleges each and every allegation in the foregoing Paragraphs as though fully set forth herein.

**RESPONSE:**

Plaintiff incorporates by reference its answers to each and every preceding paragraph as though fully set forth herein.

11. D-Link Systems is informed and believes and thereon alleges that any and all claims of the patents-in-suit asserted by EZ4Media in this action are invalid and unenforceable because the alleged inventions claimed in the patents-in-suit fail to satisfy requirements of the patent statutes set forth in Title 35 of the United States Code, including Sections 101, 102, 103 and/or 112.

**RESPONSE:**

Denied.

12. As a result of EZ4Media's actions and statements, including the filing of this action, an actual controversy now exists between the parties regarding the validity of the asserted claims of the patents-in-suit.

**RESPONSE:**

Denied.

13. Denied. D-Link Systems is entitled to a declaration that any and all claims of the patents- in-suit asserted by EZ4Media in this action are invalid.

**RESPONSE:**

Denied.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief can be granted.

## PRAYER FOR JUDGMENT

WHEREFORE, Plaintiff, EZ4Media prays that D-Link Systems be denied all the relief requested in its counterclaims and that Plaintiff receives all the relief requested in its Complaint.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury on all issues presented that can properly be tried by a jury.

August 7, 2008

                Respectfully submitted,

                /s/ Lee F. Grossman
                Raymond P. Niro
                Dean D. Niro
                Christopher J. Lee
                David J. Sheikh
                Richard B. Megley, Jr.
                Lee F. Grossman
                Niro, Scavone, Haller & Niro
                181 West Madison, Suite 4600
                Chicago, Illinois 60602
                (312) 236-0733
                Fax:  (312) 236-3137

                Attorneys for EZ4Media, Inc.

**CERTIFICATION OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing **EZ4 MEDIA, INC.'S REPLY TO THE COUNTERCLAIMS OF D-LINK SYSTEMS, INC.** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

    Margaret M. Duncan (mduncan@mwe.com)
    McDermott Will & Emery LLP
    227 W. Monroe Street
    Chicago, Illinois 60606
    Phone: (312) 984-6476
    Fax: (312) 984-7700

    **Counsel for Logitech International S.A. and Logitech, Inc.**

    John P. Bovich (jbovich@reedsmith.com)
    Reed Smith LLP
    Two Embarcadero Center
    San Francisco, CA 94111
    Phone: (415) 659-5926
    Fax: (415) 391-8269

    James T. Hultquist (jhultquist@reedsmith.com)
    Reed Smith LLP
    10 South Wacker Drive, 40th Floor
    Chicago, Illinois 60606
    Phone: (312) 207-6494
    Fax: (312) 207-6400

    **Counsel for Netgear Inc. and D-Link Systems, Inc.**

on this 7th day of August, 2008.

          /s/ Lee F. Grossman