# Affidavit of Process Server

| EZ4Media, Inc. | vs | Logitech International, et al. | 08CV3729 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __TOM MIRANDA__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Logitech International S.A._
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint, Plaintiff's Local Rule 3.2 Notice of Affiliates Disclosure Statement and Plaintiff's Local Rule 3.4 Notice of Claims Involving Patent

by serving (NAME) _Gale Bartlett_

at ☐ Home

☒ Business

☐ on (DATE) __JULY 7, 2008__ at (TIME) __12:10 P.M.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) __JULY 7, 2008__

from (CITY) __HAYWARD__ (STATE) __CALIFORNIA__

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __GALE BARTLETT, RECEPTIONIST__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male  ☐ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this __8TH__ day of __July__, 2008

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS
IL Private Detective License#
117-001432

WILLIAM C. WAKEMAN JR.
COMM. #1660923
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. APRIL 25, 2010

Niro

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.