IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZ4MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-3729 |
| | ) | |
| v. | ) | Judge St. Eve |
| | ) | Magistrate Judge Brown |
| LOGITECH INTERNATIONAL S.A., | ) | |
| LOGITECH, INC., NETGEAR INC., | ) | JURY TRIAL DEMANDED |
| D-LINK CORPORATION, and | ) | |
| D-LINK SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS LOGITECH INTERNATIONAL S.A. AND LOGITECH INC.'S
RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Logitech International S.A. states that it has no parent corporation, and no publicly-held corporation owns more than 5% of its shares.

Logitech Inc. states that its parent company is Logitech International S.A., which is a publicly-held company, which owns more than 5% of Logitech Inc.


- 2 -

                                        Respectfully submitted,

                                        LOGITECH INTERNATIONAL S.A. and
                                        LOGITECH INC.

Dated:  August 22, 2008                 By:  ___/s/  Margaret M. Duncan___
                                                          One of Their Attorneys

Margaret M. Duncan
Jeffrey R. Gargano
Krista Vink Venegas
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
312.372.2000

Terrence P. McMahon
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, California 94304
650.813.5000

Attorneys for Defendants,
Logitech International S.A. and
Logitech Inc.

## CERTIFICATE OF SERVICE

I, Margaret M. Duncan, do hereby certify that on this 22nd day of August, 2008, I served a copy of DEFENDANTS LOGITECH INTERNATIONAL S.A. AND LOGITECH INC.'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENTS via ECF notice upon:

>Raymond P. Niro
>Christopher J. Lee
>David J. Sheikh
>Richard B. Megley, Jr.
>Lee F. Grossman
>Dean D. Niro
>Niro, Scavone, Haller & Niro
>181 West Madison Street, Suite 4600
>Chicago, Illinois 60602
>
>James T. Hultquist
>Reed Smith LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606

>>/s/    Margaret M. Duncan
>>Margaret M. Duncan

CHI99 5010543-1.060944.0049