UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

EZ4Media, Inc.
                                    Plaintiff,
v.                                                      Case No.: 1:08−cv−03729
                                                        Honorable Amy J. St. Eve
Logitech International S.A., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/27/2008 and continued to 10/29/08 at 8:30 a.m. D−Link's amended answer to be filed by 8/29/08. Rule 26(a)(1) disclosures by 10/17/08. Written discovery to be issued by 10/24/08. Exchange of preliminary claim chart by 9/18/09. Fact discovery to close 10/19/09. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.