IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EZ4MEDIA, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 08 cv 3729 |
| LOGITECH INTERNATIONAL S.A., | § | Honorable Amy J. St. Eve |
| LOGITECH, INC., NETGEAR, INC., D-| § | United States District Judge |
| LINK CORPORATION, and D-LINK | § | |
| SYSTEMS, INC., | § | |
| | § | Jury Trial Demanded |
| Defendants. | § | |
| | § | |
| | § | |

## DEFENDANT NETGEAR, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, NETGEAR, Inc., a

defendant in the above-entitled action, discloses that it is a publicly held corporation, that it has

no parent corporation, and that no publicly held entity owns more than 10% or more of

NETGEAR's stock.


Dated: August 28, 2008                    Respectfully submitted,

                                          By: /s/ James T. Hultquist
                                              James T. Hultquist
                                              REED SMITH LLP
                                              10 South Wacker Drive
                                              Chicago, IL  60606-7507
                                              Telephone:   +1 312 207 1000
                                              Facsimile:   +1 312 207 6400

                                              *Counsel for NETGEAR, Inc.*

## CERTIFICATE OF SERVICE

I, James T. Hultquist, an attorney, hereby certifies that a copy of the foregoing NETGEAR, INC.'S DISCLOSURE STATEMENT was served via electronic mail sent from the court's ECF filing system on August 28, 2008 upon counsel of record.

By:   /s/ James T. Hultquist

CHILIB-2200585.1-JTHultqu